UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cr-00080-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ALFREDA FRANCESCA LOUISE HART,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#63) is **GRANTED**, and all counts of the Second Superseding Bill of Indictment asserted against defendant **ALFREDA FRANCESCA LOUISE HART** are **DISMISSED** without prejudice.

Signed: January 30, 2018

Max O. Cogburn Jr.
United States District Judge

1